Providing Insurance and Financial Services
Home Office, Bloomington, IL



November 09, 2016

Morris Bart & Associates Ltd
1712 15th St Ste 300
Gulfport MS 39501-2140

State Farm Auto Claims
PO Box 106171
Atlanta GA 30348-6171

RE: Claim Number: 24-819L-978
Date of Loss: February 15, 2016
Our Insured: Devalera F McGlothin
Policy Number: 086799824A
Your Client: Jessica McGlothin

To Scott Bishop:

Thank you for your letter dated October 24, 2016.

We have reviewed the information your provided. We still believe that our earlier analysis was correct and there would be no claim for uninsured motorist coverage available.

Please feel free to send me any other information you would like me to consider.

Sincerely,


Sean Bielinski
Claim Specialist
(844) 292-8615 Ext. 315
Fax: (855) 820-6318
N/E

State Farm Mutual Automobile Insurance Company

Exhibit "H"