phone q -
call from Brian @ v2 carrier Lloyd's Synd re: calling back on status, i expl'd i will update claimant information for liability review, i expl'd statement is pending from v2 driver, oic is advising they are still attempting to secure statement from v2 driver, they confirmed no injuries reported. i epxl'd police report also pending for liability review
i also rec'd medical billing for v3 passenger - escalating to injury for review @ this time as 3 or more vehicles available

| | | | |
|---|---|---|---|
| 02-22-2016 - 11:08:39 AM EST | **Performer:** Simons, Travis | | **Office:** PROPCOLM |
| **File Note:** Pending | | | |
| **Participant:** DEVALERA F MCGLOTHIN, CARL SPILLERS, BEVERLY SPILLERS, ASSOCIATED ADJUSTERS INTERNATIONAL | | **COL(Participant):** 200(CARL SPILLERS), 200(BILOXI FIRE DEPARTMENT), 400(Named Insured(s)) | |
| **Category:** Pending | | **Sub Category:** | |

CS:
400 pends DD c/b for QFC

200 CV2 pends CD2 c/b for QFC

200 CV3 pends liab, CV3 SF insured but CO3 does not want SF to handle under her policy, FI set up. Per CD3 2 seperate impact felt

PR pends for liab assist as needed

| | | |
|---|---|---|
| 02-22-2016 - 11:06:24 AM EST | **Performer:** Simons, Travis | **Office:** PROPCOLM |
| **File Note:** Liability File Notes | | |
| **Participant:** | **COL(Participant):** | |
| **Category:** Liability | **Sub Category:** | |

Tentative:
CD3: 0% liab
NID: 0-100% liab for dmg to rear of CV3 and front of IV, if DD hit rear of CV3 and was then hit in the rear and pushed back into CV3 then NID is 50-100% liab for dmg to front of IV and rear of CV3, if not then would be 0% liab for loss. If NID partially liab, no sub for ded.
CD2: 100% liab for dmg to rear of IV, 50-100% liab for dmg to front of IV and rear of CV3, pending order of impacts. Per CD3 second impact more severe than first.

| | | |
|---|---|---|
| 02-22-2016 - 11:01:59 AM EST | **Performer:** Simons, Travis | **Office:** PROPCOLM |
| **File Note:** CSA Activity - Reports | | |
| **Participant:** DEVALERA F MCGLOTHIN, CARL SPILLERS, BEVERLY SPILLERS, JESSICA MCGLOTHIN | **COL(Participant):** 400(Named Insured(s)), 200(BILOXI FIRE DEPARTMENT), 200(CARL SPILLERS) | |
| **Category:** CSA Activity | **Sub Category:** Reports | |

(X) Police/Fire Report: 16003704
Please order auto accident report

| | | |
|---|---|---|
| 02-22-2016 - 10:56:58 AM EST | **Performer:** Simons, Travis | **Office:** PROPCOLM |
| **File Note:** CD3 FOL/DD Contact Attempt/NI Contact Attempt/CD2 | | |
| **Participant:** DEVALERA F MCGLOTHIN, CARL SPILLERS, BEVERLY SPILLERS, JESSICA MCGLOTHIN | **COL(Participant):** 400(Named Insured(s)) | |
| **Category:** Contact, Investigation | **Sub Category:** | |

RCF CD3, ver FOL, expl liab pends investigation, expl appears comparative with each party bearing some neg for CV3 rear, expl if 2nd impact more severe than first then each party would owe for some of CV3 rear, if DD states was pushed into the CV3 then may need to fall back on PR as well for liab, she u/s. Set up FI. P/C to DD, lmtcb. P/C to NI, # in file not valid, sent contact ltr. P/C to CD2, s/w Amber, lmtcb.

CD3 FOL:
CD3 said she felt 2 distinct impacts at TOL, 2nd impact was more severe than that first. It was raining and traffic was coming up to an accident so CD3 slowed for traffic when she was hit in the rear. She felt 1st impact and then almost immed felt 2nd impact. No wit at the scene. PD did come to scene and cited CD3 for no insurance card but she provided proof of insurance and that was dismissed. Unknown if

other drivers cited. CD3 did no s/w the other drivers at the scene.

### File History - File Note System Generated

**02-24-2017 - 11:42 AM CST**  **Performer:** Sean Bielinski  **Office:** INJLINC
  **System Generated File Note:** FC0015063 - ENCRYPTION MEDIA
  **Participant:** STATE FARM  **COL(Participant):** (STATE FARM)
  **Category:** Correspondence
ENCRYPTION MEDIA were e-mailed by Sean Bielinski on 02/24/2017

**02-22-2017 - 3:14 PM CST**  **Performer:** ECSRP1  **Office:** System
  **System Generated File Note:** Claim File Print
  **Participant:**  **COL(Participant):**
  **Category:** Claim Note
Requested by Lori Ried(QDCZ)

**11-09-2016 - 8:36 AM CST**  **Performer:** Sean Bielinski  **Office:** INJLINC
  **System Generated File Note:** FC0000067 - FREE FORM - GENERAL
  **Participant:**  **COL(Participant):**
  **Category:** Correspondence
1 copy of FREE FORM - GENERAL was printed by Sean Bielinski on 11/09/2016

**10-26-2016 - 3:05 PM CDT**  **Performer:** Sean Bielinski  **Office:** INJLINC
  **System Generated File Note:** Document Management - Print Request
  **Participant:**  **COL(Participant):**
  **Category:** Claim Note
A Print request was submitted for a restricted document(s).

**10-26-2016 - 3:04 PM CDT**  **Performer:** Sean Bielinski  **Office:** INJLINC
  **System Generated File Note:** Document Management - Print Request
  **Participant:**  **COL(Participant):**
  **Category:** Claim Note
A Print request was submitted for a restricted document(s).

**10-26-2016 - 3:04 PM CDT**  **Performer:** Sean Bielinski  **Office:** INJLINC
  **System Generated File Note:** Document Management - Print Request
  **Participant:**  **COL(Participant):**
  **Category:** Claim Note
A Print request was submitted for a restricted document(s).

**10-07-2016 - 3:05 PM CDT**  **Performer:** Sean Bielinski  **Office:** INJLINC
  **System Generated File Note:** FC0000067 - FREE FORM - GENERAL
  **Participant:**  **COL(Participant):**
  **Category:** Correspondence
1 copy of FREE FORM - GENERAL was printed by Sean Bielinski on 10/07/2016

**05-24-2016 - 9:03 PM CDT**  **Performer:** Enterprise Rent-a-Car  **Office:** Corporat
  **System Generated File Note:** Update from Vendor
  **Participant:** CARL SPILLERS  **COL(Participant):** (CARL SPILLERS)
  **Category:** Rental

Participant type: Claimant  Participant role: Owner-Passenger
Vendor: Enterprise Rent-A-Car  Branch number: 5524
Reservation status from: CONFIRMED To: CANCELLED

**05-18-2016 - 7:28 AM CDT**  **Performer:** Sean Bielinski  **Office:** INJLINC
  **System Generated File Note:** Document Fax Requested
  **Participant:**  **COL(Participant):**
  **Category:** Claim Note
**To:** Scott Bishop
**From:** Sean Bielinski

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

**CLAIM  0065**