

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISON

JESSICA C. MCGLOTHIN                                    PLAINTIFF

VERSUS                                    CAUSE NO.: 1:17-cv-83-LG-RHW

STATE FARM MUTUAL INSURANCE
COMPANY                                                 DEFENDANT

## FINAL JUDGMENT

For the reasons stated in the [42] Memorandum Opinion and Order concerning the Parties Motions for Summary Judgment, which was entered on March 19, 2018, and the Stipulation of Damages in the amount $25,000.00, which represents the policy limits for the State Farm Mutual Automobile Insurance policy which was available to the Plaintiff for the accident on February 15, 2016, and her injuries, the Court enters this Final Judgment for the Defendant on the Plaintiff's claims asserted for extra-contractual and punitive damages.

The Court further orders that the Plaintiff is hereby awarded Judgment in the amount of $25,000.00 against the Defendant, State Farm Mutual Automobile Insurance Company.

SO ORDERED, this the 6th day of April, 2018.

LOUIS GUIROLA, JR.
UNITED STATES DISRICT COURT JUDGE

APPROVED AS TO FORM:

M. SCOTT BISHOP (MSB 102699)          JOHN A. BANAHAN (MSB 1731)
Attorney for Plaintiff                Attorney for Defendant